# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

United States of America          :
                                  :
v.                                :   Case No. 1:23-cr-146-RDM
                                  :
Michael Scott Lockwood,           :
    Defendant.            :

## JOINT STATUS REPORT

The Defendant, Michael Lockwood, by and through his attorney, respectfully files this Status Report, which the Government joins:

1. On May 11, 2023, Defendant was arraigned, and the Court ordered the Parties to file a Joint Status Report on or before June 30, 2023, regarding the status of the case.

2. The Parties have reached a resolution to resolve this matter by plea.

3. The Parties are available to enter the plea on a date between Monday July 24, 2023, and Wednesday July 26, 2023, based on the Court's availability.

4. Defendant has been advised of and agrees to waive his right under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.* (the "STA"), between today's date and the date of the plea.

5. Defendant requests that he be permitted to enter the plea via Zoom or as the Court may direct.

WHEREFORE, Defendant and the Government respectfully request that this matter be set for a plea hearing on a date between July 24, 2023, and July 26, 2023, and that the STA time is waived between today's date and the date of the plea.

Dated: June 30, 2023                              Respectfully Submitted,

                                                                /s/
                                             Samuel C. Moore
                                             District of Columbia Bar No. 1015060
                                             Law Office Samuel C. Moore, PLLC

526 King St., Suite 506<br>
Alexandria, VA 22314<br>
Email: scmoore@scmoorelaw.com<br>
Phone: 703-535-7809

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Joint Status Report was served upon counsel of record through ECF on the date of filing.

/s/ *Samuel C. Moore*<br>
Samuel C. Moore<br>
Law Office of Samuel C. Moore, PLLC<br>
526 King Street, Suite 506<br>
Alexandria, Virginia 22314<br>
Phone: (703) 535-7809<br>
Fax: (571) 223-5234<br>
scmoore@scmoorelaw.com<br>
*Counsel for Michael Lockwood*
