UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America

v.

Michael Lockwood,
　　　　　　Defendant.

Case No. 1:22-cr-146 (RDM)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the Defendant waives his right to a trial by jury.

_____
Michael Lockwood
Defendant

_____
Samuel Moore
Counsel for Defendant

I consent:

_____
Michael Jones
Assistant United States Attorney

Approved:

_____
Honorable Randolph D. Moss
District Court Judge