IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No: 23-cr-146 (RDM) |
| v. | : | |
| | : | |
| MICHAEL SCOTT LOCKWOOD, | : | 18 U.S.C. § 111(a)(1) |
| | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Michael Scott LOCKWOOD, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1.  The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

2.  On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

3.  On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of

the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

5. At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized security officials.

6. At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the U.S. Capitol, requiring the expenditure of more than $2.8 million dollars for repairs.

7.      Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured.  The proceedings resumed at approximately 8:00 p.m. after the building had been secured.  Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *LOCKWOOD's Participation in the January 6 Capitol Riot*

8.      On January 6, 2021, by 3:18 p.m., Lockwood was outside the west side of the U.S. Capitol building on the northwest riser that formed part of the inaugural amphitheater.  At 3:47 p.m., Lockwood sent a Facebook message to another user ("User 1"), stating "Im [sic] on top of the capitol bro."  At 4:06 p.m., Lockwood sent another Facebook message to User 1, that included a selfie of Lockwood on the northwest riser.

9.      At 4:23 p.m., police officers used tear gas on the northwest riser.  At 4:27 p.m., Lockwood sent another Facebook message to User 1, stating "They just tear gassed the F[***] out of us."

10.     At approximately 4:35 p.m., Metropolitan Police Department ("MPD") police officers, including MPD Officer M.M., began climbing on top of a raised platform on the northwest riser where a crowd of rioters, including Lockwood, were standing.  MPD officers began clearing

the raised platform of the rioters.  Police officers attempted to move Lockwood off of the platform, and Lockwood resisted.

11. At approximately 4:38 p.m., an altercation between Officer M.M. and a rioter ("Rioter 1") began when Rioter 1 fell to the ground and began swinging a flagpole at Officer M.M., who attempted to subdue Rioter 1 with the use of a police baton. Lockwood grabbed the police baton in Officer M.M.'s hand.  As Lockwood and Officer M.M. struggled for control of the police baton, Lockwood made physical contact with Officer M.M.'s arm and body.  Lockwood jumped off of the raised platform and pulled the police baton out of Officer M.M.'s hand.  Lockwood remained in the area of the northwest riser until at least 4:43 p.m. EST.

12. At 5:07 p.m., Lockwood sent another Facebook message to User 1, stating, "Yea bro I got in a fight with the cops and s[***]."  At 5:11 p.m. EST, User 1 asked, "and you didn't get arrested ???"  At 5:45 p.m. EST, Lockwood replied, "No arrest I took a baton from them."

13. On January 9, 2021, at 3:36 p.m., Lockwood sent a Facebook message to User 2, stating "Got me a little souvenir from wednesday."  The message included two images of a police baton.

14. Michael Lockwood knowingly and voluntarily admits to all the elements of Assaulting, Resisting, or Impeding Certain Officers, in violation of Title 18, United States Code, Section 11l(a)(l), as charged in Count Two.  Specifically, Lockwood admits that on or about January 6, 2021, within the District of Columbia, Lockwood, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, that is, an officer from the Metropolitan Police Department, while such person was engaged in and on account of the performance of official

duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

                Respectfully submitted,

                MATTHEW M. GRAVES
                UNITED STATES ATTORNEY

By: _____
                Michael L. Jones
                Trial Attorney

## DEFENDANT'S ACKNOWLEDGMENT

I, Michael Scott Lockwood, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 6-30-23

Michael Scott Lockwood
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 6/30/2023

Sam C. Moore
Attorney for Defendant