# EXHIBIT 1

Honorable Judge Moss,

My name is Jeffrey Lockwood, and I live in Cortland, Ohio. My son Michael has a date to stand before the bench over the events of January 6, 2021. I thank you for the opportunity to address you about my son.

Michael made a decision to attend the rally at the Capitol Building on that day because I believe he really thought he was doing something he felt was right. In hindsight it turned out to be a bad decision. My son is not a political agitator, nor is he a violent person. He was raised with a sense of honor and commitment, and he felt he was exercising his rights as a citizen of the United States. Michael comes from a military and police force family, as myself, my brother and father, and his cousins have all fought for our great country in times past, from the Vietnam War up to the present. Michael understands that our system of law and justice is vital to us maintaining the freedoms we all need and desire.

I understand he is in trouble here. When I witnessed the events going on that fateful day, I too was filled with sadness for our nation. I believe that Michael understands his wrongdoing, and given the opportunity would have made a better decision regarding his role in the events of that day. I know my son, and I know he reacted that day because he saw a fellow human being that he believed was being hurt. I think everyone of us has the same compassion for fellow men and women to help those we see being hurt. I have witnessed Michael on many occasions going out of his way to help others, strangers even. He has an amazing sense of good nature toward all, and if you knew him like I do you would quickly see that.

I believe that Michael knows the mistake he made and that he regrets that mistake every day of his life. He is a vital member of our small town, and a good employee. I pray that you would see it in your heart to offer Michael a second chance to regain his life here with us.

                                              Respectfully yours,

                                              Jeffrey B. Lockwood

29 July, 2023

Honorable Judge Randolph D Moss
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

    Re: Michael Lockwood's Sentencing

Your Honor,

I am writing on behalf of Michael Lockwood.

My name is Jeff Bona and I am a Survival Instructor for the U.S. Navy
I am Michael's uncle, I have known him for his most of life.

Michael is dedicated to his family, he has always gone above and beyond to help anyone of us. He in my opinion is a good man one I am proud to know.

I could not believe it when I was made aware of what had happened to him. Michael has always been a stand up man, and no matter what he has always taken responsibility for his actions. It is not like him to put himself in this type of situation. I believe that he has learned a hard lesson and will never do something like tis again.

When Michael was a young man he came to stay with my wife and I. He was unsure about what he wanted to do with his life. I remember talking to him about different options that were open to him. I told him that no one would hand him anything he had to work for it. I believe that he has held onto those words as an adult. He has remained true to his word and is doing well for himself and soon to be family.

My wife and I will be there to support him, no matter what.

Recently Michael was there for my wife and I when my daughter and grand daughter passed away suddenly, he did not even hesitate to drop what he was doing to help us.

I an certain that Michael has learned his lesson and confinement is not the solution. He is needed by his family.

        Respectfully Yours,

        *Jeff Bona*

September 29, 2023

Honorable Judge Randolph D. Moss
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C.  20001

        Re: Michael Lockwood's Sentencing

Your Honor:

I am writing this character letter on behalf of my son, Michael Lockwood, who is currently involved in a legal proceeding before your court.

My name is Bridget Flores, and I am retired from the Metropolitan Transit System. I held a position as a trolley operator for public transportation. I currently reside in San Diego, California.

I cannot express enough how proud I am of my son. He is extremely focused on setting goals, and he does not stop until he succeeds. Michael is a dedicated individual who has a strong work ethic, always striving for excellence in his tasks and responsibilities. His commitment to personal growth and improvement is commendable. He consistently looks for opportunities to enhance his skills and knowledge.

Michael is a second time homeowner. He is working on a complete renovation, and I am beyond proud and impressed with the pride and perfection he puts into his work. Even as a child he would like to create and build projects.

Michael is truly an honest, reliable, and trustworthy man. Michael is compassionate and empathetic. He has a genuine concern for the well-being of others and is ready and willing to offer his assistance when someone is in need. Michael conducts himself in a respectful manner, treating others with fairness and courtesy. He is deeply committed to his family and friends.

It is with a heavy heart that I acknowledge the charges that Michael is facing, I firmly believe that this behavior is completely out of character for him. This incident does not define his true character.

Moreover, Michael has expressed genuine remorse for his actions. Michael has a strong sense of personal responsibility and accountability,

Michael has so much going for him. He is engaged to a wonderful woman, whom they are supposed to marry next year. He has a home and responsibilities. He holds a job, which he is a great asset to. He is held with great value, A few years ago they asked him to relocate for a while to open and run another location. He accepted the opportunity and he succeeded.

Sincerely yours,

*Bridget Flores*

Bridget Flores

09/27/2023

Honorable Judge Randolph D. Moss
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

                Re: Michael Lockwood's Sentencing

Your Honor:

      My name is George Flores. I live in San Diego California and I am employed with the Metropolitan Transit System as a trolley operator.    I know Michael Lockwod through his mother, Bridget Flores, who is my wife. Michael is my stepson. I understand the situation that Mike is in and would be willing to help him in anyway I can.

      In the seven years of getting to know Michael, i have learned that he is an intelligent, down to earth, good hearted person. He is a very smart guy with a big heart and passionate about his beliefs. He is a hard working, young man who is employed as an appliance repair man. He has also worked on repairing and building computers.

      Mike has been working on restoring a 100 year old farm house that he purchased with his fiance, Kelly Masaitis. It will be their home when he's finished. He impresses me by not letting anything stop his progress in life. If there is something he has no experience in, he will learn and master it.

      Mike enjoys life to the fullest on his off time. Enjoying time with family and friends. We have hiked trails together, shared our interest in music, cars and talking about the philosophies and meanings of the universe and life. He's like any other young man with good morales and a great head on his shoulder. That's Mike to me. He is in my heart throught this challenging time.

Thank You

*[signature]*

George Flores

29 July, 2023

Honorable Judge Randolph D Moss
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

    Re: Michael Lockwood's Sentencing

Your Honor,

I am writing on behalf of Michael Lockwood.

My name is Valerie Bona and I am an Office Manager at H&R Block.
I am Michael's Aunt, so I have known him for his entire life.

Michael is honest and forthright in everything that he does. He has always taken accountability for all of his actions, he is as genuine as they come, he is loyal to all of his friends and family, he is altruistic and helps others any chance that he gets, he is trustworthy, dependable, and hard working, he has empathy and compassion towards others, he is encouraging to others, he is humble, forgiving, and always gracious towards others.

I was surprised to hear about the charges that he is facing, but I am not surprised that he has taken full responsibility for his actions. This was out go character for him and I am completely confident that he would never let anything like this happen again.

I have many personal experiences that I can share, but I will share my most recent. Earlier this year I suffered the tragic loss of my daughter and granddaughter. Although Michael was dealing with his own personal issues, he dropped everything to fly to California to be here for for us and to show his support. He brought me a wonderful book to read that really helped me. He also knew that my daughter and I shared a love for butterflies, so he brought me a beautiful butterfly wind chime with a beautiful poem on it. It wasn't about the gifts, it was the thought behind them that meant so much to me. I know that he also lost his cousin, but he pushed his pain aside to comfort us. I don't know what I would have done without the support of my family. I realized that no matter how far apart we are, our family will always remain close and strong.

Just as Michael was here for me, I will always be there to support him any way possible.

I know that he has learned from this experience. He is planning a wedding and has been working extremely hard to remodel a home for the 2 of them to start a family. I am asking for leniency for him to be with his family, as we need him as much as he needs us.

        Respectfully Yours,

        *Valerie Bona*

**Date: October 1, 2023**

Honorable Judge Randolph D. Moss
United States District Court
District of Columbia
333 Constitution Ave N.W.
Washington, D.C. 20001

*Re: Michael Lockwood's Sentencing*

Your Honor:

    I, Paul Perry, am writing this letter on behalf of Michael Lockwood. I have known Michael my whole life as we are first cousins. I have always known him to be an extremely hard-working, compassionate, and all-around great person. As cousins, we have been extremely close our entire lives. Michael is loved, valued, and respected by our entire family.

    I understand that Michael has put himself in an unfortunate situation. I believe it would be harmful and detrimental to Micheal and our whole family's future if he had to spend any amount of time away from his loved ones. I, myself, am shocked and disappointed about the situation Micheal has found himself in; this is completely outside of Micheals usual character.

    In between working a full time job, Micheal and his fiance had purchased a farmhouse that is 100 years old. Together, these two have been working hard to renovate this home for well over a year. This house has gone from a dilapidated structure to a beautiful family home. In my eyes this is a true testament to the dedicated, hard working, and goal oriented type of person I know that Micheal is.

    I can personally attest that Micheal is someone that anyone in our family could call on at any time. Whether that would be needing him to lend a hand, a piece of advice, or maybe just a friend to talk to. With writing this letter, I hope I have expressed what a good moraled character Micheal obtains. Thank you for taking the time to read this letter.

                                                 Respectfully yours,

                                                 Paul Perry

September 15, 2023

Honorable Judge Randolph D. Moss
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Your honor,

      I am writing to you in regard to my fiancé Michael Lockwood's sentencing hearing. I have known and been together with Mike for eight wonderful years. During this time, he has shown me the utmost respect, kindness, generosity, loyalty and love for not only myself but my family and friends as well as his own. Mike is an extremely dedicated, selfless and hardworking individual. Dedicated to building a future for us, his career, helping his family and friends and dedicated to God. If I am honest with myself, he may be the hardest working person that I have ever known in my entire life, and I unfortunately do not always let him know it. His willingness to put aside his own tasks at hand to go out of his way to help a family member of mine, his own family, the church, a neighbor or one of our friends is just astounding. At the drop of a hat, he will be there to help with car issues, appliance issues, electrical issues, furnace issues, construction issues and even financial problems. Those are just examples of things I've seen him help people with over the past couple months. Mike is depended on by a lot of people. He helps with his grandmother's lawn care, takes her trash to and from the road in the winter and helps her with upkeep around her house. Whether it's rebuilding her porch or changing a light bulb in her refrigerator, she depends on Mike. He helps our elderly neighbor Al with things around his house and takes him to the store to get groceries. He helps me and my mother with car issues and things around my mother's house, same thing goes for his dad, uncle and all of our friends then he extends that privilege to their family members as well. Mike is literally a free handy man/ mechanic/ electrician/ plumber/ appliance repair man for all of our family and friends, you name it, and he will fix it. Even if he has to spend hours watching YouTube videos to learn how to do it. On top of that we have been renovating an old farmhouse since the beginning of 2022 during which time his commitment to rebuilding a beautiful and safe home for us to start a family in has left me speechless. Every day for the past year and a half I have watched him break himself

physically, mentally and financially to finish this house so we can move in and finally start the family that we have been planning for years. Every waking free moment he has, he puts into this house and our future. I have watched him actually work for twenty-two hours straight sanding the floors at our farmhouse trying with all of his will to finish this house for me now that we have the expectation of him going to prison.

With that said Mike is fully aware of the situation that he put himself in and is ready to accept responsibility and the repercussions of his ignorant actions. If Mike is confined to prison I will stand by his side until his return, he is the love of my life and I am willing wait as long as it takes to be with him. He does have a career job that will be waiting for his return along with his friends and family. In the past eight years I have never seen Mike be the cause or creator of violence to anyone. If any type of situation where violence may have accrued Mike is the type of person to try and de-escalate and mediate to prevent brutality. Mike is truly a good person and does not want to see anyone in physical pain. I do not think that this was his intention, and he is extremely remorseful for his actions and any type of pain or discomfort that he caused.

In conclusion I would like to say that Mike is a hardworking and productive member of society. That every day he lives his life to create a better one for us and our families, always putting others first and doing anything he can to make our lives easier. With that said I plead with you to take all of this into consideration before sentencing. I pray to God that you will take mercy on him and on his irreparable bad judgment and terrible decisions that he made that day. Mike is not just wanted here with his family, he is needed.

Faithfully yours,

*Kelly Rae Masaitis*

Kelly Rae Masaitis