# EXHIBIT 2



**MERCYHEALTH**

11511 REED HARTMAN HIGHWAY | CINCINNATI OH 45241



**Amount Due**
**$19,008.21**

Caring together. MERCYHEALTH

| | |
|---|---|
| Statement Date | 09/03/2023 |
| Guarantor Name | Michael S Lockwood |
| Guarantor Number | |
| Previous Balance | $0.00 |
| **New Activity** | |
| Charges | $31,733.05 |
| Insurance Payments/Adjustments | $0.00 |
| Patient Payments/Adjustments | -$12,724.84 |
| Current Balance | $19,008.21 |
| Due Date | 10/01/2023 |
| **Amount Due** | **$19,008.21** |

## Online Bill Pay

A fast, convenient way to manage your bill

### Manage Your Account

 **Pay Online At**
www.mercy.com/pay-a-bill

### Important Messages

Statements show charges from both the hospital and Medical Group for your convenience. Call 855-732-0138 with questions.
Thank you for choosing Mercy Health for your healthcare needs. Your account is now due. If you need help paying your bill, financial help is available. Call us at 855-732-0138

 **24/7 Payment Line**
Easy, automated phone payments at your convenience!
Call (855) 732-0138, Option 2

 **Scan to Pay By Phone**  

---



**MERCYHEALTH**

11511 Reed Hartman Hwy | Cincinnati OH 45241

**Patient Statement**

For help with billing questions:
Please call: 855-732-0138
Monday - Friday 8:00AM - 5:00PM EST

ADDRESSEE:

| | |
|---|---|
| Guarantor Name | Michael S Lockwood |
| Guarantor Number | |
| Amount Due | $19,008.21 |
| Due Date | 10/01/2023 |

Make a one-time payment today!
**www.mercy.com/pay-a-bill**

MAKE CHECKS PAYABLE AND REMIT TO:

MERCY HEALTH
PO BOX 740405
CINCINNATI OH 45274-0405



9999600010632054100019008210

| Date of Service | Service Description | Charges | Payments/ Adjustments | Patient Balance |
|---|---|---|---|---|
| 8/1/23 | *Patient name: Michael S Lockwood | Mercy Health St Joseph Warren* <br> Account ██████████ for Sjwz 3 Med Surg services | $30,544.05 | -$12,249.24 | $18,294.81 |
| 8/1/23 | *Patient name: Michael S Lockwood | Mercy Health St Joseph Warren* <br> Account ██████████ with Benjamin Biteman, MD | $1,189.00 | -$475.60 | $713.40 |

**Please Note:** You may receive additional bills from other providers or medical specialists who assisted in your care.
If you need a written or oral interpretation of this bill, please call 855-732-0138.

In with the light of its mission to improve the health of its communities, with special emphasis on the poor and underserved, and in the spirit of the healing ministry of Jesus, Mercy Health is committed to providing financial assistance to its patients.

**Availability of Financial Assistance**
Eligibility for financial assistance is determined by the ability of the patient or his/her guarantor to pay after all available resources have been utilized and all available assistance programs have been assessed. Financial assistance is available for emergency and other medically necessary care provided by Mercy Health hospitals (and certain other providers) to uninsured and underinsured patients who live in the community served by a Mercy Health hospital, and whose family income does not exceed four times the Federal Poverty Guidelines (FPG).

**Eligibility Requirement**
Financial assistance is generally determined by a sliding scale of total household income based on the FPG. Individuals eligible for financial assistance under our Policy with an income level at 200% FPG or below receive free care. Individuals with an income level from 201% to 300% FPG, and 301% to 400% FPG, respectively, receive discounted care based on a sliding scale, as set forth in the Policy. The specific percentage discounts for the 201%-300% FPG to 400% FPG, income levels are updated annually for each market commensurate with changes in the charge master.

No person eligible for financial assistance under the HFA policy will be charged more for emergency or other medically necessary care than amounts generally billed to individuals who have insurance covering such care. If an individual has sufficient insurance coverage or assets available to pay for care, he/she may be deemed ineligible for financial assistance. For those uninsured patients who do not qualify for any of the financial assistance discounts described in the HFA policy, Mercy Health extends an automatic (self-pay) discount to their hospital bills. Please refer to the full HFA Policy for a complete explanation.

**About the Application Process**
The process for applying for financial assistance under our HFA Policy includes these steps:
- Complete the HFA Application Form and include required supporting documents.
- We look at your income and family size to determine the level of assistance available to you.
- We use a sliding scale, based on FPG outlined above.
- We require that you must first explore eligibility for some type of insurance benefits that would cover your care (i.e. worker's compensation, automobile insurance, etc.) We can help direct you to the appropriate resources.
- We will contact you to tell you whether you are eligible for financial assistance under our HFA Policy.
- We can help you arrange a payment plan for any remaining charges or bills that are not covered under our HFA Policy.
- A payment plan will consider your financial situation to set payments that you can manage.

**Where to Obtain Information**
You may obtain a copy of our HFA Policy and the HFA Application Form, as well as information about the financial assistance application process: (i) by visiting our website at www.mercy.com/financial-assistance or www.bsmhealth.org/financial-assistance.
(ii) by contacting Patient Financial Services by telephone at 1-877-918-5400, (iii) by mailing a request to Mercy Health, 11511 Reed Hartman Highway, Blue Ash, OH 45241, Attn: Financial Counseling, or (iv) by contacting our financial counselors in person at any of our hospital locations (see the full HFA Policy for a complete listing of facilities and addresses).

We accommodate all significant populations served by Mercy Health that have limited proficiency in English by translating copies of our HFA Policy, Application Form, and this Summary in the primary languages spoken by those populations. We may also elect to furnish translation aids, translation guides, or provide assistance through use of qualified bilingual interpreters.

If you need a written or oral interpretation of this bill, please call 855-732-0138.

Se você precisar de uma interpretação escrita ou oral desta conta, ligue para 855-732-0138.

Если вам нужен письменный или устный перевод этого счета, позвоните по номеру телефона: 855-732-0138.

Si vous avez besoin d'une interprétation écrite ou orale de cette facture, veuillez appeler le 855-732-0138.

Si w bezwen yon esplikasyon alekri oswa aloral pou bòdwo sa a, tanpri rele nan 855-732-0138.

तपाईंलाई यस बिलको लिखित वा मौखिक दोभाषे आवश्यक भएमा, कृपया 855-732-0138 मा कल गर्नुहोस्।

Nếu quý vị cần thông dịch bằng văn bản hoặc bằng lời nói về dự luật này, vui lòng gọi số 855-732-0138.

이 고지서에 대한 서면 또는 구두 번역이 필요하신 경우, 855-732-0138로 전화하십시오.

如果您需要对此账单进行书面或口头解释，请致电 855-732-0138。

Si necesita una interpretación oral o escrita de esta factura, llame al 855-732-0138.

.إذا كنت بحاجة إلى تفسير كتابي أو شفهي لهذه الفاتورة، فيُرجى الاتصال على الرقم 855-732-0138

.در صورت ضرورت به توضیح کتبی یا شفاهی این بیل با شماره تلفن 855-732-0138 تماس بگیرید